UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| MAXIMUM SOLUTIONS, LLC, and<br>MAX STANLEY DOGGETT,<br><br>           Plaintiffs,<br><br>v.<br><br>CPI USA NORTH CAROLINA LLC,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 1:14-cv-51<br>)<br>)<br>)<br>)<br>) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

CPI USA North Carolina LLC, who is the Defendant in the above-captioned matter, hereby makes the following corporate disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Is party a publicly held corporation or other publicly held entity?

   Yes ___     No ✓

2. Does party have any parent corporations?

   Yes ✓     No ___

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations: CPI USA Holdings LLC, CPI USA Ventures LLC, CPI Power Enterprises LLC, CPI Power USA LLC, CPI Power Holdings Inc., CPI Power (US) GP, CPI Preferred Equity Ltd., Capital Power Income L.P., CPI Investments Inc., Capital Power Corporation, EPCOR Utilities Inc.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   Yes ✓     No ___

If yes, identify all such owners: <u>Capital Power Income L.P., Capital Power Corporation</u>.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

Yes ___  No ✓

If yes, identify entity and nature of interest: _____.

This 25th day of February, 2014.

        s/ Molly L. McIntosh
        Kiran H. Mehta
        N.C. Bar # 11011
        Telephone: 704-331-7437
        Facsimile: 704-353-3137
        Email: kiran.mehta@klgates.com

        Molly L. McIntosh
        N.C. Bar # 36931
        Telephone: 704-331-7547
        Facsimile: 704-353-3247
        Email: molly.mcintosh@klgates.com

        K&L GATES LLP
        Hearst Tower, 47th Floor
        214 North Tryon Street
        Charlotte, North Carolina 28202

        *Attorneys for Defendant*

OF COUNSEL:

K&L GATES LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202
Telephone: (704) 331-7400

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the within **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION OTICE OF REMOVAL** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the registered participants, and further certifies that the within **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION OTICE OF REMOVAL** was served on counsel for the Plaintiffs in accordance with the provisions of the Federal Rules of Civil Procedure by causing to be deposited a copy of the same in an official depository under the exclusive custody and care of the United States Postal Service in a postage-paid envelope, addressed as follows:

      Joshua B. Farmer
      Tomblin, Farmer & Morris, PLLC
      187 North Washington Street
      Post Office Box 632
      Rutherfordton, North Carolina 28139

      *Attorneys for Plaintiffs*

This 25th day of February, 2014.

      s/ Molly L. McIntosh
      Molly L. McIntosh
      N.C. Bar # 36931
      Telephone: 704-331-7547
      Facsimile: 704-353-3247
      Email: molly.mcintosh@klgates.com

      K&L GATES LLP
      Hearst Tower, 47th Floor
      214 North Tryon Street
      Charlotte, North Carolina 28202

      *Attorneys for Defendant*