UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:14-cv-00051-MOC-DLH

| | | |
|---|---|---|
| **MAX STANLEY DOGGETT** <br> **MAXIMUM SOLUTIONS, LLC,** <br><br> Plaintiffs, <br><br> Vs. <br><br> **CPI USA NORTH CAROLINA LLC,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **ORDER** |

**THIS MATTER** is before the court on periodic review of the Asheville Docket. Review of the docket reveals that issues joined May 15, 2014, when counterclaim defendants filed their Reply to the Counterclaims (#9) docketed as an "Answer to Answer"). Under L.Cv.R. 16.1 (A), the parties had 14 days from such filing to conduct the IAC (May 29, 2014), and seven days from that date to file their CIAC (June 5, 2014). Review on June 9, 2104, reveals non-compliance.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties bring this matter into compliance by filing their CIAC within seven days.

Signed: June 9, 2014

Max O. Cogburn Jr.
United States District Judge