# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14cv51

| | |
|---|---|
| MAMIMUM SOLUTIONS, LLC and ) | |
| MAX STANLEY DOGGETT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CPI USA NORTH CAROLINA, LLC, ) | |
| ) | |
| Defendant. ) | |

Pursuant the Report of Mediation, the mediator has reported that the parties reached a complete resolution of this case. Accordingly, the Court **DENIES without prejudice** the pending motions [# 17, # 20, & # 23]. The Court **DIRECTS** the parties to file a stipulation of dismissal within thirty (30) days of the entry of this Order.

Signed: April 16, 2015

Dennis L. Howell
United States Magistrate Judge